Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, CA 93720
(559) 230-1095

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 16-10350-B-7 |
| | Chapter 7 |
| CHRISTINA MORALES, | D.C. No. JES-1 |
| | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| Debtor. | Date:  March 01, 2017<br>Time:  9:30 a.m.<br>Dept.: B, Courtroom 13 |

TO THE HONORABLE RENE LASTRETO II, BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 02/08/2016.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b) (2) (A). This motion is brought pursuant to 11 U.S.C. §363.

4. The assets of the estate is a 2005 GMC Yukon and a 2007 Honda Accord.

5. The trustee has obtained an offer from debtor, Christina Morales to purchase the estate's interest in a 2005 GMC Yukon, VIN: 1GKEC13V25J244006, for a net to the estate of

$3,000 ($3,000 fair market value, no claimed exemption); and a 2007 Honda Accord VIN: JHMCM563X7C023647, for a net to the estate of $1,500, ($4,400 fair market value, less $2,900 claimed exemption). The total net to the estate is $4,500. The funds have been received by the estate and are awaiting court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described assets to debtor, Christina Morales.

DATED: 1/25/17

JAMES E. SALVEN,
Movant